# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| GUSTAVO ADOLFO RAMIREZ REYES, | * * * * | HABEAS CORPUS 28 U.S.C. § 2255 |
| Movant | * * | CIVIL ACTION NO. |
| v. | * * | 1:19-CV-03760-ELR |
| UNITED STATES OF AMERICA, | * * | CRIMINAL ACTION NO. 1:16-CR-00006-ELR-7 |
| Respondent. | * * | |

## O R D E R

This matter is before the Court for consideration of the Report and Recommendation ("R&R") of Magistrate Judge Alan J. Baverman. [Doc. 845]. Judge Baverman recommends that the Government's motion to dismiss [Doc. 843] be granted; Movant's § 2255 Motion [Doc. 789] be dismissed as moot; a Certificate of Appealability be denied; and civil action number 1:19-cv-3760-ELR-AJB be dismissed as moot.

After conducting a careful and complete review of a magistrate judge's findings and recommendations, a district court judge may accept, reject, or modify a magistrate judge's R&R. 28 U.S.C. § 636(b)(1) (C); Williams v. Wainwright, 681 F.2d 732 (11th

Cir. 1982). No objections to the magistrate judge's R&R have been filed, and therefore, the Court has reviewed the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no error.

Accordingly, the Court **ADOPTS** the R&R [Doc. 845] as the opinion of this Court. For the reasons stated in the R&R, the Court GRANTS the Government's motion to do dismiss [Doc. 843] and **DISMISSES as moot** Movant's § 2255 Motion [Doc. 789]. Additionally, the Court **DECLINES** to issue a certificate of appealability because after considering 28 U.S.C. § 2253(c)(2), the Court finds that Movant has not made a substantial showing of the denial of a constitutional right. The Court **DIRECTS** the Clerk to **CLOSE** the civil case associated with Movant's § 2255 Motion: Civil Action No. 1:19-CV-03760-ELR.

**SO ORDERED**, this 12th day of April, 2021.

                                                                  *Eleanor L. Ross*
Eleanor L. Ross
United States District Judge
Northern District of Georgia